IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 09-33782-H1-13 |
| Larry D. Turner | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

MOTION TO ENTER WAGE ORDER

**NO HEARING WILL BE CONDUCTED HEREON UNLESS WRITTEN REQUEST FOR HEARING IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY (20) DAYS FROM DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING.**

**IF NO HEARING ON SUCH MOTION IS TIMELY REQUESTED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.**

A Voluntary Petition under Chapter 13 of the Bankruptcy Code was filed herein on 6/1/2009, by Larry D. Turner, Debtor(s).

Debtor requests that the Court enter a Wage Order providing for payroll deduction of Chapter 13 Plan payments from Debtor's non-filing spouse.  A form of a Wage Order is attached.

Respectfully submitted,

THE KEELING LAW FIRM

/s/ Kenneth A. Keeling
Kenneth A. Keeling; TBN 11160500
Yolanda Gutierrez: TBN 24041028
3310 Katy Freeway, Suite 200
Houston, Texas 77007
Tel: (713) 686-2222; Fax (713) 680-8567

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Enter Wage Order has been served on all parties electronically or by U.S. First Class Mail on December 18, 2009.

| | | |
|---|---|---|
| United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | David G. Peake<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096 | Larry D. Turner<br>18203 Camellia Estates Ln.<br>Cypress, TX 77429 |

/s/Kenneth A. Keeling
KENNETH A. KEELING